M.D., a minor, by and through his next friends and parents Carlton and Patricia DANIELS, Plaintiff–Appellee,

v.

Lloyd SMITH, Lee County Sheriff Deputy, in his individual capacity, Defendant–Appellant.

No. 07–14540.

United States Court of Appeals, Eleventh Circuit.

May 27, 2008.

Bart Gregory Harmon, Webb & Eley, P.C., Montgomery, AL, for Plaintiff–Appellee.

Dwayne Lamar Brown, Law Office of Dwayne L. Brown, P.C., Montgomery, AL, for Defendant–Appellant.

Before DUBINA and BARKETT, Circuit Judges, and SCHLESINGER,* District Judge.

PER CURIAM:

Appellant, Deputy Sheriff Lloyd Smith ("Deputy Smith"), appeals the district court's summary judgment order denying Smith qualified immunity on M.D.'s claim of excessive force in violation of his Fourth Amendment right. The issue presented on appeal is whether the district court erred in denying Deputy Smith's motion for summary judgment on M.D.'s excessive force claim. We review *de novo* a district

* Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.

court's order on summary judgment. *Skop v. City of Atlanta, GA.*, 485 F.3d 1130, 1136 (11th Cir.2007).

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we affirm the district court's order denying summary judgment based on its well-reasoned memorandum opinion filed on August 27, 2007, 504 F.Supp.2d 1238.

**AFFIRMED.**